## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                              ) ss.:
COUNTY OF NEW YORK )

       JOHAN A. OBREGON, being duly sworn, deposes and says, that deponent is not a party to this action and is over 18 years of age. That on October 6, 2015, deponent served the within Letter Motion to Strike Defendant's Answer to Plaintiff's Amended Complaint upon the following parties:

| | |
|---|---|
| Corey Stark, Esq. | Scott Goldstein, Esq. |
| The Dweck Law Firm, LLP | Bonner Kiernan Trebach & Crociata LLP |
| 10 Rockefeller Plaza | 299 Cherry Hill Road, Suite 300 |
| New York, New York 10020 | Parsippany, New Jersey 07054 |

via the Court's electronic filing system.

_____
JOHAN A. OBREGON

Sworn and subscribed to before me this
6th day of October, 2015

_____

JESSE D. LUBIN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02LU6325606
Qualified in New York County
My Commission Expires June 01, 2019