Case 1:14-cv-02822-KBF   Document 38   Filed 03/05/15   Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 5, 2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TAMMY L. COHEN and PAUL H. COHEN,

                           Plaintiffs,                        14-cv-2822 (KBF)

            -v-                                         ORDER

INTERCONTINENTAL HOTELS CORPORATION
d/b/a CROWNE PLAZA WHITE PLAINS HOTEL
and SAFE STEP, INC.,

                          Defendants.
------------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

      On March 5, 2015, the Court held a telephonic status conference in the above-referenced action. As discussed on the call, the parties will adhere to the following schedule:

- Fact discovery shall close **July 1, 2015**.

- Expert discovery shall close **August 31, 2015**.

- The last date by which the parties can file a summary judgment motion is **September 8, 2015**. (Motions may be brought at any time beforehand.)

    o Oppositions: **October 8, 2015**

    o Replies: **October 23, 2015**

- Pretrial materials, including the Joint Pretrial Order ("JPTO"), are due **December 4, 2015**.

- The Final Pretrial Conference is set for **Thursday, December 10, 2015** at **1:00 p.m.**

- o Motions in limine are due two weeks before FPTC; oppositions are due one week later. Daubert motions are due **four weeks** before FPTC; oppositions are due two weeks later. (No replies.)
- Trial in this matter shall commence on **Monday, December 14, 2015**.
- The parties shall next appear for a telephonic status conference **Friday May 8, 2015** at **1:30 p.m.** The parties shall call Chambers (212-805-0276) from one line at that time.

In light of the extensions, the Clerk of Court is directed to close the motion at ECF No. 32.

SO ORDERED.

Dated:   New York, New York
         March 5, 2015

_____
KATHERINE B. FORREST
United States District Judge